**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

IVAN RODRIGUEZ,
                Defendant.
------------------------------------------------------------X

15 CR. 86 (RMB)

**ORDER**

      The Court will hold a telephone status conference on Wednesday, July 29, 2020 at 9:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1586

Dated: June 18, 2020
       New York, NY

                                              RICHARD M. BERMAN
                                                 U.S.D.J.