**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                    15 CR. 86 (RMB)

 -against-

                    **ORDER**

IVAN RODRIGUEZ,
      Defendant.
------------------------------------------------------------X

   The telephone status conference previously scheduled for Wednesday, July 29, 2020 at 9:30 AM is hereby rescheduled to Wednesday, September 2, 2020 at 9:30 AM.

   Participants, members of the public and the press can use the following dial-in information:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 1586

Dated: July 22, 2020
   New York, NY

                      _____
                       RICHARD M. BERMAN
                          U.S.D.J.